```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 08-60754-CIV-ZLOCH
```

RHONDA L. BOND,

    Plaintiff,

vs.                                                **O R D E R**

HOME EQUITY MORTGAGE
CORPORATION, and BEST
MORTGAGE CHOICE, LLC,

    Defendants.
_____/

THIS MATTER is before the Court upon Plaintiff Rhonda L. Bond's Motion For Temporary Restraining Order And Show Cause Order (DE 3). The Court has carefully reviewed the entire court file and is otherwise fully advised in the premises.

Plaintiff initiated the above-styled cause with the filing of her Verified Complaint on May 20, 2008. On the same day, Plaintiff filed the instant Motion For Temporary Restraining Order (DE 3), seeking a temporary restraining order against Defendant Home Equity Mortgage Corporation without notice until a hearing can be heard on the matter. Plaintiff's Verified Complaint invokes the Court's power to issue such a temporary restraining order under Federal Rule of Civil Procedure 65. The Court may issue a temporary restraining order without notice to Defendants or their attorneys if

    (A) specific facts in an affidavit or a verified complaint clearly show that immediate an irreparable injury, loss, or damage will result to the movant before

>    the adverse party can be heard in opposition; and
>
>    (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

Fed. R. Civ. P. 65(b)(1).  Plaintiff has failed to satisfy the latter requirement, requiring a certification of efforts made to apprise Defendant Home Equity Mortgage Corporation of the instant action.  "An ex parte temporary restraining order is an extreme remedy to be used only with the utmost caution. Rule 65(b) of the Federal Rules of Civil Procedure imposes strict restrictions on its scope and specific time constraints for its duration." Levine v. Comcoa Ltd., 70 F.3d 1191, 1194 (11th Cir. 1995).  The Court will not be lax in its application of the same.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Plaintiff Rhonda L. Bond's Motion For Temporary Restraining Order And Show Cause Order (DE 3) be and the same is hereby **DENIED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   21st    day of May, 2008.

```
                                   /s/ William J. Zloch
                                   WILLIAM J. ZLOCH
                                   United States District Judge
```

Copies furnished:

All Counsel of Record