UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60754-CIV-ZLOCH

RHONDA BOND,

        Plaintiff,
vs.                               **O R D E R**

HOME EQUITY MORTGAGE
CORPORATION, and BEST
MORTGAGE CHOICE, LLC,

        Defendants.
_____/

THIS MATTER is before the Court upon Defendant Home Equity Mortgage Corporation's Motion To Extend Deadline To Complete Mediation (DE 45) and Motion To Extend Deadline To File Motions For Summary Judgment (DE 47). The Court has carefully reviewed said Motions and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant Home Equity Mortgage Corporation's Motion To Extend Deadline To Complete Mediation (DE 45) be and the same is hereby **GRANTED**;

2. The Parties to the above-styled cause shall participate in a mediation conference in accord with this Court's prior Order Of Referral To Mediation (DE 36) on or before Tuesday, September 30, 2008; and

3. Defendant Home Equity Mortgage Corporation's Motion To Extend Deadline To File Motions For Summary Judgment (DE 47) be and

the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    15th    day of August, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record